DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL RAYMOND SMITH,**
Appellant,

v.

**DALE ANN SMITH,**
Appellee.

No. 4D18-1912

[March 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 501989DR004225.

Stephen Isherwood of Law Offices of Travis R. Walker, P.A., Stuart, for appellant.

Dale Ann Smith, Tequesta, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***